IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DEKALB FIRE PROTECTION SERVICE, INC., | |
| Plaintiff, | CIVIL ACTION FILE |
| v. | NUMBER 3:16-cv-126-TCB |
| GEORGIA FIRE PROTECTION CONSULTANTS, LLC, | |
| Defendant. | |

## **O R D E R**

The parties having announced that this case has settled, the Court hereby stays all deadlines—including those pertaining to the filing of a motion for default judgment—and directs the Clerk to administratively close this case. The parties shall file a dismissal upon finalization of the settlement. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need file a motion to reopen the case only if settlement negotiations fail. This Order will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 30th day of September 2016.

_____
Timothy C. Batten, Sr.
United States District Judge