UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DEKALB FIRE PROTECTION SERVICE, INC. D/B/A GEORGIA FIRE PROTECTION<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA FIRE PROTECTION CONSULTANTS, LLC<br><br>Defendant. | CIVIL ACTION FILE NO. 3:16-cv-126-TCB<br><br>**JURY TRIAL DEMANDED** |

## JUDGMENT

Pursuant to the terms of the settlement between Plaintiff Dekalb Fire Protection Service, Inc. d/b/a/ Georgia Fire Protection ("Plaintiff") and Defendant Georgia Fire Protection Consultants, LLC, it is hereby ORDERED AND ADJUDGED as follows:

1.

This Court has jurisdiction over this action and Defendant, and Defendant was properly and lawfully served with process.

2.

Plaintiff is the owner the trademark "GEORGIA FIRE PROTECTION" for use in the fire safety business. Plaintiff has used this trademark in commerce since

at least October 2007.

3.

As of the filing of the Complaint in this action, Defendant was using a substantially similar trademark, "GEORGIA FIRE PROTECTION CONSULTANTS," in conjunction with its operations in the fire safety business. The use of such a similar trademark to that owned by Plaintiff in the same industry is likely to lead to confusion among consumers of fire safety goods and services, to dilute Plaintiff's trademark, and to otherwise injure Plaintiff's business.

4.

Therefore, Defendant, its owners, officers, employees and all those acting in concert with Defendant are permanently enjoined from using "GEORGIA FIRE PROTECTION CONSULTANTS" and any substantially similar name or trademark in conjunction with a fire safety business or the importing, manufacture, sale and offer for sale of fire safety goods or services.

IT IS SO ORDERED this 11th day of October, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge